# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13 - 66184 - BEM |
| | ) | |
| BYUNG TAE YANG and | ) | CHAPTER 7 |
| OK JIN YANG, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## APPLICATION TO PAY FUNDS INTO REGISTRY OF COURT

Neil C. Gordon, the Trustee of the named estate, hereby shows the following:

1. In accordance with 11 U.S.C. Section 347(a), payment has been stopped on all checks of the estate which remain unpaid, as identified in Paragraph 2. The total sum of these checks is $46,500.86, which has been deposited with the Court for disposition pursuant to 28 U.S.C. Sections 2041 *et. seq.*

2. Pursuant to Federal Rules of Bankruptcy Procedure 3011, the last known name and address of each entity whose final dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the estate which has been paid into the Court is as follows:

| **Name and Last Known Address** | **Amount** |
|---|---|
| Bank of America, N.A.<br>Bankruptcy Department<br>Mail Stop CA6-919-01-23<br>400 National Way<br>Simi Valley CA 93065 | $46,500.86 |

ARNALL GOLDEN GREGORY LLP

/s/ Neil C. Gordon
Neil C. Gordon
State Bar No. 302387
Chapter 7 Trustee

171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
(404) 873-8596
Neil.Gordon@agg.com

10443053v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Application to Pay Funds into Registry of Court was sent correctly addressed with proper postage by First Class U.S. Mail to the following:

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303

Bank of America, N.A.
Bankruptcy Department
Mail Stop CA6-919-01-23
400 National Way
Simi Valley, CA 93065

Bank of America, N.A.
Bankruptcy Department
P.O. Box 660933
Dallas, TX 75266-0933

Bank of America, N.A.
c/o Michael McCormick, Esq.
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Rd.
Roswell, GA 30076

This 4th day of August, 2017.

/s/ Neil C. Gordon
Neil C. Gordon, Trustee
State Bar No. 302387

10443053v1